1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 LAWRENCE W. STOKES,                    )   Case No. CV 07-8365 SJO(JC)
                                          )
12                      Petitioner,       )   (PROPOSED) ORDER ADOPTING
                                          )   FINDINGS, CONCLUSIONS, AND
13            v.                          )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE
14 D.K. SISKO, Warden,                    )   JUDGE
                                          )
15                                        )
                        Respondent.       )
16                                        )
17 ─────────────────────────────────

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19 Habeas Corpus by a Person in State Custody (the "Petition"), all of the records
20 herein, and the attached Report and Recommendation of United States Magistrate
21 Judge.  The Court approves and adopts the United States Magistrate Judge's
22 Report and Recommendation.
23        IT IS ORDERED that Judgment be entered denying the Petition and
24 dismissing this action with prejudice.
25 ///
26 ///
27 ///
28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on petitioner and counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: _____ 1/27/11

7

8                              _____

9                              HONORABLE S. JAMES OTERO
                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2